437 F.2d 500
 Nick J. SCOTT, Petitioner-Appellee,
v.
DISTRICT ATTORNEY, JEFFERSON PARISH, STATE OF LOUISIANA,
Respondent-Appellant.
 No. 29697.
 United States Court of Appeals, Fifth Circuit.
 Feb. 2, 1971.
 
 William J. White, Jr., Asst. Dist. Atty., Parish of Jefferson, Gretna, La., Jack P. F. Gremillion, Atty. Gen., William P. Schuler, Second Asst. Atty. Gen., Baton Rouge, La., Frank H. Langridge, Dist. Atty., John M. Mamoulides, Asst. Dist. Atty., Metairie, La., for respondent-appellant.
 Luke Fontana, New Orleans, La., for petitioner-appellee.
 Appeal from United States District Court, Eastern District of Louisiana; Alvin B. Rubin, District Judge, 309 F.Supp. 833.
 Before GODBOLD, CLARK and INGRAHAM, Circuit Judges.
 PER CURIAM:
 
 
 1
 We affirm, see Local Rule 21,[1] and Wilson v. Gooding, 431 F.2d 855 (5th Cir. 1970).
 
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966